JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY BENNETT, | Case No. 5:24-cv-01981-FWS-SHK |
| Petitioner, | **JUDGMENT** |
| v. | |
| WARDEN, FCI Victorville, | |
| Respondent. | |

It is the judgment of this Court that this case is **DISMISSED** without prejudice consistent with this Court's Order Dismissing Case.

DATED: November 5, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE